UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-364-D-1

UNITED STATES OF AMERICA

v.

LAMONT DEMETRESS BOLDEN

ORDER TO SEAL

On motion of the defendant, Lamont Demetress Bolden, and for good cause shown, it is hereby ORDERED that the [DE 54] be sealed until further notice by this Court.

SO ORDERED. This 11 day of October 2017.

JAMES C. DEVER III
Chief United States District Judge