UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-364-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| LAMONT DEMETRESS BOLDEN | |

On the unopposed motion of the defendant, Lamont Demetress Bolden, and for good cause shown, it is hereby ORDERED that the **[DE 52]** be sealed until further notice by this Court.

SO ORDERED. This 11 day of October 2017.

JAMES C. DEVER III
Chief United States District Judge